UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOAN BAYE,

    Plaintiff,

vs.

THE OAKES LAW FIRM, LLC,

    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Civil Action No. 2:16-cv-13464**

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed. Plaintiff further requests all pending motions to be denied as moot.

Dated September 9, 2016.

Respectfully submitted,

/s/ Ashley J. Scott
Ashley J. Scott
LA State Bar No. 34081
Law Office of Ashley J. Scott, PLLC
927 Nashua Street
Houston TX 77008
Telephone: (888) 332-7252 ext. 275
Facsimile: (866) 317-2674
ascott@consumerlawinfo.com

1

## **CERTIFICATE OF SERVICE**

I certify that on September 9, 2016, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Zachary Landis
Zachary Landis
