UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
************************************ *
JOAN BAYE,                           *
                                     *
        Plaintiff,                   *    Civil Action No. 2:16-cv-13464
                                     *
vs.                                  *
                                     *
THE OAKES LAW FIRM, LLC,             *
                                     *
        Defendant.                   *
**************************************
```

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated October 14, 2016.

Respectfully submitted,

/s/ Ashley J. Scott
Ashley J. Scott
LA State Bar No. 34081
Law Office of Ashley J. Scott, PLLC
927 Nashua Street
Houston TX 77008
Telephone: (888) 332-7252 ext. 275
Facsimile: (866) 317-2674
ascott@consumerlawinfo.com

/s/ Blake E. Oakes
Blake E. Oakes
LA State Bar No. 30006
The Oakes Law Firm, LLC
110 Veterans Blvd, Ste 560
Metairie, LA 70005
Telephone: (504) 367-3479
Facsimile: (504) 367-9330
blake@oakeslaw.com

## **CERTIFICATE OF SERVICE**

I certify that on October 14, 2016, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Ashley J. Scott
Ashely J. Scott
