**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

```
*********************************** *
JOAN BAYE,                         *
                                   *
        Plaintiff,                 *    Civil Action No. 2:16-cv-13464
                                   *
    vs.                            *
                                   *
THE OAKES LAW FIRM, LLC,           *
                                   *
        Defendant.                 *
************************************
```

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, the case is dismissed *with* prejudice and

without fees or costs to any party.

NEW ORLEANS, LOUISIANA, this __17th__ day of October, 2016.


_____

UNITED STATES DISTRICT JUDGE

1